```
                                                            FILED
                                                       U.S. DISTRICT COURT
                                                      EASTERN DISTRICT OF LA

                                                       2006 JAN 20  PM 2: 47
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
                                                       LORETTA G. WHYTE
                                                              CLERK
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| VERSUS | * | 05-189 |
| FREDERICK ROBERTSON | * | SECTION "L" |

### ORDER

At today's rearraignment of the Defendant, defense counsel orally indicated he wished to withdraw the Defendant's Motion to Quash Jury Venire. Accordingly, IT IS ORDERED that the Motion to Quash Jury Venire and the Motion for Expedited Hearing are DENIED AS MOOT.

New Orleans, Louisiana, this 19th day of January, 2006.

UNITED STATES DISTRICT JUDGE

```
___ Fee _____
___ Process _____
 X  Dkid _____
 ✓  CtRmDep _____
___ Doc. No _____
```